**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

NAOMY CHANG-GONZALEZ,               )
                                    )
          Plaintiff,                )
                                    )
     v.                             )          No. 4:25-cv-01484-SEP
                                    )
BENSON HILL, INC.,                  )
                                    )
          Defendant.                )

## MEMORANDUM AND ORDER

Before the Court are self-represented Plaintiff Naomy Chang-Gonzalez's Employment Discrimination Complaint and Application to Proceed in District Court Without Prepaying Fees or Costs.  Docs. [1], [2].  The Court finds the application incomplete and denies it without prejudice.  Should Plaintiff seek to continue this action, she must file within 14 days of the date of this Order:  (1) a complete application or the $405 filing fee, and (2) a copy of the charge of discrimination she filed with the Equal Employment Opportunity Commission (EEOC).

### APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

Plaintiff's application to proceed *in forma pauperis* is incomplete.  *See* Doc. [2].  Plaintiff indicates in response to Question 3 that she receives income from "other sources," but she does not describe the source of money, the amount she receives, or what she expects to receive in the future.  *Id.*  Without that information, the Court cannot determine whether Plaintiff qualifies for *in forma pauperis* status.  *Id.*  Accordingly, the Court denies her application without prejudice.

### EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff's Complaint, Doc. [1], is likewise incomplete in that she has not provided the Court a copy of the charge of discrimination she filed with the EEOC.  The Court orders Plaintiff to supplement her Complaint by submitting a copy of her charge of discrimination so that the Court may determine whether the claims in the Complaint are like or reasonably related to the claims outlined in her charge.  *See Duncan v. Delta Consol. Indus., Inc.*, 371 F.3d 1020, 1025 (8th Cir. 2004).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application to proceed in district court without prepaying fees and costs, Doc. [2], is **DENIED** without prejudice.

-2-

**IT IS FURTHER ORDERED** that, within 14 days of the date of this Order, Plaintiff shall either pay the $405 filing fee or file a complete application to proceed in district court without prepaying fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail Plaintiff another form Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff shall supplement her Complaint within 14 days of the date of this Order by submitting a copy of her charge of discrimination filed with the EEOC.

Dated this 30th day of April, 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE